COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Midtown Edge, L.P. and Midtown Condominiums, L.L.C. v. The City of Houston, Texas, and The Pierce Street Flats, L.L.C.

Appellate case number:    01-12-00730-CV

Trial court case number:    2010-03812

Trial court:    County Civil Court at Law No 4 of Harris County

Appellants have filed a second motion for extension of time to file their brief. In their motion, appellants argue that the clerk's record is incomplete and that, because their brief is due 20 days from the date the record is complete, their brief is not yet due. *See* TEX. R. APP. P. 38.6(a). Appellants state that they have requested the trial court clerk supplement the record, and they request an extension of time to file their brief until 20 days after the supplemental clerk's record is filed. *See* TEX. R. APP. P. 34.5(c). Finally, appellants attach a copy of their letter to the trial court clerk to their motion, requesting a supplemental record containing "City of Houston's Plea to Jurisdiction," "City of Houston's Amended Plea to Jurisdiction," "City of Houston's Reply to Plaintiffs' Amended Response to Houston's Amended Plea to Jurisdiction," "City of Houston's Second Amended Plea to Jurisdiction," and "City of Houston's Reply to Plaintiffs' Amended Response to Houston's Second Amended Plea to Jurisdiction."

None of these documents are a required part of the record absent designation by a party. *See* TEX. R. APP. P. 34.5(a). Therefore, because no party designated these filings to be included in the record before the trial court clerk filed the record, the clerk's record was complete when it was filed. *See* TEX. R. APP. P. 34.5(a), 35.1(b). And, although appellant is entitled to request additional documents be included in a supplemental clerk's record, appellant's untimely request does not render the clerk's record incomplete. *See* TEX. R. APP. P. 34.5(b)(4), (c)(1).

Accordingly, appellant's motion is granted in part and denied in part. Appellant's brief is ordered filed by no later than January 4, 2013.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
        ☑ Acting individually    ☐ Acting for the Court

Date: December 7, 2012